UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00033

**Artis Armour,**
*Plaintiff,*

v.

**Texas Board of Pardons and Paroles et al.,**
*Defendants.*

# ORDER

Harold Wayne Mitchell filed a motion to intervene in the above-styled and numbered 42 U.S.C. § 1983 civil-rights lawsuit. The case was referred to United States Magistrate Judge John D. Love, who issued a report (Doc. 30) recommending that intervenor's motion to intervene (Doc. 27) be denied for failing to meet the necessary prerequisites pursuant to Fed. R. Civ. P. 24. Neither plaintiff nor intervenor objected to the report and recommendation.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 30. For the reasons stated in the report, intervenor's motion is denied. Doc. 27.

*So ordered by the court on March 2, 2023.*

J. CAMPBELL BARKER
United States District Judge